AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| Williams-Israel | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-7046 |
| Iris Energy Limited, Daniel Roberts, William Roberts, and Belinda Nucifora | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Iris Energy Limited, Daniel Roberts, William Roberts, and Belinda Nucifora

Date: 10/15/2024

/s/ Edmund Polubinski
*Attorney's signature*

Edmund Polubinski (EP8543)
*Printed name and bar number*

450 Lexington Ave, New York, NY 10017
*Address*

edmund.polubinski@davispolk.com
*E-mail address*

(212) 450-4695
*Telephone number*

(212) 701-5695
*FAX number*