UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAMS-ISRAEL,<br><br>       Plaintiff,<br><br>  v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, and BELINDA NUCIFORA,<br><br>       Defendants. | No. 1:24-cv-7046<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Iris Energy Limited (f/k/a "Iris" and hereinafter, "IREN"), which has been named as a defendant in the above-captioned matter, makes the following disclosure through its undersigned counsel:

IREN is a corporate, non-governmental entity that has no parent corporation. No publicly held corporation owns 10% or more of IREN's stock.

Dated: October 15, 2024
New York, New York

Respectfully Submitted,

/s/ *Edmund Polubinski*
Edmund Polubinski
Paulina Perlin (*admission pending*)
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4695
Fax: (212) 701-5800
edmund.polubinski@davispolk.com
paulina.perlin@davispolk.com

Mari Grace
901 15th St NW
Washington, DC 20005
Telephone: (202) 962-7000
Facsimile: (202) 962-5642
mari.grace@davispolk.com

*Counsel for Iris Energy Limited, Daniel Roberts, William Roberts, and Belinda Nucifora*