AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Williams-Israel<br>*Plaintiff* | ) )<br>) |
| v.<br>Iris Energy Limited, Daniel Roberts, William Roberts, and Belinda Nucifora<br>*Defendant* | ) Case No.    1:24-cv-7046<br>) )<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Iris Energy Limited, Daniel Roberts, William Roberts, and Belinda Nucifora

Date     10/15/2024                                          /s/ Mari Grace
                                                              *Attorney's signature*

                                                           Mari Grace (MB1007)
                                                        *Printed name and bar number*

                                                              901 15th St, NW
                                                           Washington, DC 20005

                                                                 *Address*

                                                         mari.grace@davispolk.com
                                                              *E-mail address*

                                                              (202) 962-7020
                                                            *Telephone number*

                                                              (202) 962-5642
                                                               *FAX number*