**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAUL WILLIAMS-ISRAEL, Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, and BELINDA NUCIFORA,<br><br>　　　　　Defendants. | Case No.: 1:24-cv-07046-PK<br><br>Hon. Peggy Kuo |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF DEAN GIBBONS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Dean Gibbons ("Movant") and proposed Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3. Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**: PSLRA Certification signed by Movant attesting to his transactions of Iris Energy Limited ("IREN", "Iris Energy", or the "Company") securities;

**Exhibit B**: Loss Chart reflecting the losses incurred by Movant as a result of his transactions in IREN securities;

**Exhibit C**: Press Release published October 7, 2024, on *Business Wire,* announcing the pendency of the securities class action against defendants herein: *Williams-Israel v. Iris Energy Limited, et. al.,* Case No. 1:24-cv-07046-PK;

**Exhibit D**: Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**: Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: December 6, 2024                                Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Dean Gibbons and [Proposed] Lead Counsel for the Class*