# EXHIBIT B

| | | |
|---|---|---|
| Client Name | Dean Gibbons | |
| Company Name | Iris Energy Limited | |
| Ticker Symbol | IREN | |
| Security Type | | |
| Class Period Start | 06-20-2023 | |
| Class Period End | 07-11-2024 | |
| 90-DAY Lookback Period Start | 07-12-2024 | |
| 90-DAY Lookback Period End | 10-09-2024 | |
| 90-DAY Lookback Average | $ 08.51 | |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $45,372.07 |
| DURA LIFO* Total | $45,372.07 |
| Gross Shares Purchased | 17,739 |
| Net Shares Retained | 7,489 |
| Net Funds Expended | $109,112.97 |

### Dean Gibbons

| | Purchases | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 07-03-2024 | 1500 | 14.05 | $ 21,075.00 | 07-03-2024 | 1500 | | $ 14.65 | $ 21,975.00 | - | - | - | $ 08.51 | | -$ 900.00 | -$ 900.00 |
| 07-03-2024 | 750 | 13.92 | $ 10,440.00 | 07-03-2024 | 750 | | $ 13.94 | $ 10,455.00 | - | - | - | $ 08.51 | | -$ 15.00 | -$ 15.00 |
| 07-05-2024 | 5000 | 12.99 | $ 64,950.00 | 07-05-2024 | 5000 | | $ 13.65 | $ 68,250.00 | - | - | - | $ 08.51 | | -$ 3,300.00 | -$ 3,300.00 |
| 07-05-2024 | 3000 | 13.17 | $ 39,510.00 | 07-05-2024 | 3000 | | $ 13.65 | $ 40,950.00 | - | - | - | $ 08.51 | | -$ 1,440.00 | -$ 1,440.00 |
| 07-08-2024 | 5500 | 15.54 | $ 85,470.00 | | | | | | - | 5500 | 5500 | $ 08.51 | $ 46,811.98 | $ 38,658.02 | $ 38,658.02 |
| 07-08-2024 | 1989 | 14.73 | $ 29,297.97 | | | | | | - | 1989 | 1989 | $ 08.51 | $ 16,928.92 | $ 12,369.05 | $ 12,369.05 |
| Total: | 17,739 | | $250,742.97 | | 10,250 | | | $141,630.00 | | 7,489 | 7,489 | | $63,740.90 | $45,372.07 | $45,372.07 |

**Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)**

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.