UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL WILLIAMS-ISRAEL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, and BELINDA NUCIFORA<br><br>Defendants. | Case No. 1:24-cv-07046-PK |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF RICK BUNNEY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>COUNSEL</u>**

I, Gregory B. Linkh, hereby declare as follows:

1. I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Rick Bunney ("Bunney") and proposed Co-Lead Counsel for the class in the above-captioned actions. I make this declaration in support of Rick Bunney's Motion for Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A: Press release published October 7, 2024 on *Business Wire*, announcing the pendency of a securities class action against the Defendants herein;

Exhibit B: Bunney's Signed PSLRA Certification;

Exhibit C: Analysis of Bunney's financial interest;

Exhibit D: Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E: Firm Resume of Holzer & Holzer, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 6th day of December 2024.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On December 6, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 6, 2024, at New York, New York.

                                                 */s/ Gregory B. Linkh*
                                                 Gregory B. Linkh