# EXHIBIT C

# Financial Interest Analysis

| | | | | | | |
|---|---|---|---|---|---|---|
| **Company Name:** | Iris Energy Limited | | | | | |
| **Ticker:** | IREN | | | | | |
| **Class Period:** | 06/20/2023 - 07/11/2024 | | | | | |
| **Name:** | Rick Bunney | | | | | |

**Opening Position:** 1.005

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/9/2024 | 0.046 | $12.8100 | -$0.5893 | | $0.0000 | -$0.59 |
| 7/9/2024 | 0.824 | $12.7500 | -$10.5060 | | $0.0000 | -$10.51 |
| 7/9/2024 | 0.854 | $12.7700 | -$10.9056 | | $0.0000 | -$10.91 |
| 7/9/2024 | 0.969 | $12.7900 | -$12.3935 | | $0.0000 | -$12.39 |
| 7/9/2024 | 7,058.000 | $12.7500 | -$89,989.5000 | | $0.0000 | -$89,989.50 |
| 7/9/2024 | 7,042.000 | $12.8000 | -$90,137.6000 | | $0.0000 | -$90,137.60 |
| 7/9/2024 | 7,830.000 | $12.7700 | -$99,989.1000 | | $0.0000 | -$99,989.10 |
| 7/9/2024 | 37,861.000 | $12.8100 | -$484,999.4100 | | $0.0000 | -$484,999.41 |
| 7/10/2024 | 0.302 | $12.9100 | -$3.8988 | | $0.0000 | -$3.90 |
| 7/10/2024 | 110.000 | $12.9100 | -$1,420.1000 | | $0.0000 | -$1,420.10 |
| 7/10/2024 | 2,388.000 | $12.9450 | -$30,912.6600 | | $0.0000 | -$30,912.66 |
| 7/10/2024 | 77,612.000 | $12.9500 | -$1,005,075.4000 | | $0.0000 | -$1,005,075.40 |
| 7/10/2024 | -51,541.000 | | $0.0000 | $13.4400 | $692,711.0400 | $692,711.04 |
| 7/10/2024 | -3,648.000 | | $0.0000 | $13.4410 | $49,032.7680 | $49,032.77 |
| 7/10/2024 | -2,204.000 | | $0.0000 | $13.4600 | $29,665.8400 | $29,665.84 |
| 7/10/2024 | -1,374.000 | | $0.0000 | $13.4510 | $18,481.6740 | $18,481.67 |
| 7/10/2024 | -400.000 | | $0.0000 | $13.4550 | $5,382.0000 | $5,382.00 |
| 7/10/2024 | -326.000 | | $0.0000 | $13.4500 | $4,384.7000 | $4,384.70 |
| 7/10/2024 | -300.000 | | $0.0000 | $13.4650 | $4,039.5000 | $4,039.50 |
| 7/11/2024 | -40,112.000 | | $0.0000 | $11.0000 | $441,232.0000 | $441,232.00 |
| 7/11/2024 | -20,465.000 | | $0.0000 | $10.8400 | $221,840.6000 | $221,840.60 |
| 7/11/2024 | -18,035.000 | | $0.0000 | $10.8600 | $195,860.1000 | $195,860.10 |
| 7/11/2024 | -1,200.000 | | $0.0000 | $10.8700 | $13,044.0000 | $13,044.00 |
| 7/11/2024 | -200.000 | | $0.0000 | $10.8650 | $2,173.0000 | $2,173.00 |
| 7/11/2024 | -98.995 | | $0.0000 | $10.8610 | $1,075.1847 | $1,075.18 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | 0.000 | | | | **Subtotal:** | -$123,639.66 |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $8.5700 | 0.000 | **Total:** | -$123,639.66 |

**Notes**

The 90-Day Average Price used in this financial interest analysis is the average closing price between July 11, 2024 and October 8, 2024.