UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL WILLIAMS-ISRAEL, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, and BELINDA NUCIFORA,<br><br>    Defendants. | Case No. 1:24-cv-07046-PK |

DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION
OF MEGHAN GREGOR FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

I, J. Alexander Hood II, hereby declare as follows:

1. I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Meghan Gregor ("Gregor"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Gregor's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of her selection of Pomerantz as Lead Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

| | | |
|---|---|---|
| Exhibit A: | Chart setting forth Gregor's financial interest in this litigation; |
| Exhibit B: | Shareholder Certification executed by Gregor; |
| Exhibit C: | Press release published via *Business Wire* on October 7, 2024, announcing the pendency of the Action; |
| Exhibit D: | Declaration executed by Gregor; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 6, 2024.

*/s/ J. Alexander Hood II*
J. Alexander Hood II