# EXHIBIT A

**Iris Energy Limited (IREN)**
**Class Period: June 20, 2023 to July 11, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $8.5698 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meghan Gregor | 12/21/2023 | 488 | $7.1700 | ($3,496) | 12/21/2023 | (488) | $7.2400 | $3,530 | | | | |
| Meghan Gregor | 7/8/2024 | 780 | $15.3900 | ($12,000) | 8/8/2024 | (1,155) | $10.0010 | $11,551 | | | | |
| Meghan Gregor | 7/9/2024 | 375 | $13.3200 | ($5,000) | | | | | | | | |
| **Meghan Gregor** | | **1,643** | | **($20,496)** | | **(1,643)** | | **$15,081** | **1,155** | **0.1021** | **$1** | **($5,414)** |

*Avg Closing Prices from July 11, 2024 to October 8, 2024