# Exhibit 3

**Iris Energy Limited Loss Chart**
**Class Period: June 20, 2023 through July 11, 2024**

**Lookback Price**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 8.5114 |
| Ming Li | Opening Position | 63000 | | | | | | | | | |
| | 6/5/2024 | 500 | ($8.895) | ($4,447.50) | 6/5/2024 | 1,000 | Matched to opening position | | | | |
| | 6/5/2024 | 500 | ($8.850) | ($4,425.00) | 6/7/2024 | 5,000 | | | | | |
| | 6/5/2024 | 1,000 | ($8.820) | ($8,820.00) | 6/7/2024 | 1,000 | | | | | |
| | 6/5/2024 | 1,000 | ($8.720) | ($8,720.00) | 6/7/2024 | 500 | | | | | |
| | 6/5/2024 | 1,000 | ($8.720) | ($8,720.00) | 7/1/2024 | 5,000 | | | | | |
| | 6/5/2024 | 1,000 | ($8.670) | ($8,670.00) | 7/1/2024 | 5,000 | | | | | |
| | 6/5/2024 | 1,000 | ($8.640) | ($8,640.00) | 7/1/2024 | 7,000 | | | | | |
| | 6/5/2024 | 1,000 | ($8.580) | ($8,580.00) | 7/5/2024 | 1,000 | | | | | |
| | 6/10/2024 | 500 | ($10.504) | ($5,251.85) | 7/5/2024 | 1,200 | | | | | |
| | 6/21/2024 | 1,000 | ($13.500) | ($13,500.00) | 7/15/2024 | 2,000 | | | | | |
| | 6/21/2024 | 1,200 | ($14.000) | ($16,800.00) | 7/15/2024 | 2,000 | | | | | |
| | 6/28/2024 | 5,000 | ($12.500) | ($62,500.00) | 7/17/2024 | 2,000 | | | | | |
| | 6/28/2024 | 5,000 | ($13.000) | ($65,000.00) | 7/17/2024 | 3,000 | | | | | |
| | 6/28/2024 | 7,000 | ($12.000) | ($84,000.00) | 7/22/2024 | 2,000 | | | | | |
| | | 26,700 | | ($308,074.35) | 7/22/2024 | 3,000 | | | | | |
| | | | | | 8/9/2024 | 10,000 | | | | | |
| | | | | | 8/9/2024 | 1,000 | | | | | |
| | | | | | 8/9/2024 | 1,000 | | | | | |
| | | | | | 8/9/2024 | 300 | | | | | |
| | | | | | 8/9/2024 | 9,700 | $7.360 | $71,392.00 | | | |
| | | | | | 8/9/2024 | 5,000 | $7.430 | $37,150.50 | | | |
| | | | | | 8/9/2024 | 3,000 | $7.480 | $22,440.00 | | | |
| | | | | | 8/12/2024 | 3,000 | $7.600 | $22,800.00 | | | |
| | | | | | 8/12/2024 | 2,000 | $7.596 | $15,192.00 | | | |
| | | | | | 8/12/2024 | 2,000 | $7.590 | $15,180.00 | | | |
| | | | | | 8/13/2024 | 2000 | $7.700 | $15,400.000 | | | |
| | | | | | | 26,700 | | $199,554.50 | 0 | $0.00 | ($108,519.85) |