**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAUL WILLIAMS-ISRAEL, Individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, and BELINDA NUCIFORA,<br><br>　　Defendants. | Case No. 1:24-cv-07046-PK |

**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF SANDRA MALETTA'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, James M. Wilson, Jr., declare as follows:

1. I am a member in good standing of the bar of the State of New York and am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by Sandra Maletta ("Maletta"), for appointment as Lead Plaintiff and approval of Maletta's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2. Attached as Exhibits A through F are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit A: | First Notice of Pendency of a Class Action |
| Exhibit B: | Maletta's PSLRA Certification |
| Exhibit C: | Chart setting forth Maletta's financial interest in this litigation |
| Exhibit D: | Declaration of Maletta |
| Exhibit E: | Firm Resume of Faruqi & Faruqi, LLP |
| Exhibit F: | Women's Business Enterprise National Council Certificate |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of December 2024 at New York, NY.

*/s/ James M. Wilson, Jr.*
James M. Wilson, Jr.