# EXHIBIT B

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Sandra Maletta, declare as to the claims asserted under the federal securities laws against Iris Energy Limited, *et al*, that:

1. I have reviewed a complaint against Iris Energy Limited, *et al* in the action filed and adopt the allegations therein.

2. I have selected and retained Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3. I did not purchase any security that is the subject of this action at the direction of my counsel or in order to participate in any private action arising under the federal securities laws.

4. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5. My transactions in Iris Energy Limited securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

6. In the past three years, I have not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws.

7. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Dated: 12/06/2024

*Sandra Maletta*
Sandra Maletta (Dec 6, 2024 15:57 EST)

Sandra Maletta

| Transaction (Purchase or Sale) | Share Type | Trade Date | Quantity | Price Per Share |
|---|---|---|---|---|
| Purchase | Common Stock | 6/6/2024 | 14,000 | $9.0500 |
| Purchase | Common Stock | 7/5/2024 | 4,000 | $14.8990 |
| Purchase | Common Stock | 7/9/2024 | 5,000 | $14.7580 |
| Purchase | Common Stock | 7/9/2024 | 5,000 | $14.7400 |