# EXHIBIT C

**Iris Energy Limited**
**Class Period: June 20, 2023 and July 11, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Account Name | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Net Shares Retained | Net Funds Expended | 90-Days* Mean Price $8.51 Estimated Value | Estimated Matched Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | | |
| Sandra Maletta | | **(28,000)** | | **($333,786.00)** | | **0** | | **$0.00** | **(28,000)** | **($333,786.00)** | | **($92,939.33)** |
| **Sandra Maletta - Individual Account** | | | | | | | | | | | | |
| | 6/6/2024 | (14,000) | $9.0500 | ($126,700.00) | | | | | | | | |
| | 7/5/2024 | (4,000) | $14.8990 | ($59,596.00) | | | | | | | | |
| | 7/9/2024 | (5,000) | $14.7580 | ($73,790.00) | | | | | | | | |
| | 7/9/2024 | (5,000) | $14.7400 | ($73,700.00) | | | | | | | | |
| **Post Class Period Purchase** | | | | | | | | | | | | |
| | 7/12/2024 | (12,000) | $10.9920 | ($131,904.00) | | | | | | | | |
| | | | | | **Post Class Period Sale** | | | | | | **90-Days** Mean Price** | |
| | | | | | 9/18/2024 | 40,000 | $7.7400 | $309,600.00 | | | $8.6017 | ($92,939.33) |

*Avg Closing Prices from July 12, 2024 and October 9, 2024

**Avg Closing Prices from July 12, 2024 - Date Sold Within the 90 Day Lookback period

LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale. These transactions are matched together by quantity purchased/sold in order to determine the gain/loss from the transactions, which is done by subtracting the proceeds of sale from the cost basis of purchase
Under a LIFO calculation, unmatched purchased shares retained at the end of the the Class Period (those which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares held at the end of the Class Period (i.e., the number of shares held multiplied by the 90-day average) from the cost basis of those shares.