UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL WILLIAMS-ISRAEL, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, and BELINDA NUCIFORA,<br><br>    Defendants. | Case No.  1:24-cv-07046-PK |

NOTICE OF NON-OPPOSITION OF MEGHAN GREGOR TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

On December 6, 2024, Meghan Gregor ("Gregor"), by and through her counsel, filed a motion pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (1) appointing Gregor as Lead Plaintiff on behalf of a class (the "Class") consisting of persons or entities who purchased or otherwise acquired publicly traded Iris Energy Limited securities between June 20, 2023 and July 11, 2024, inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 18.

Having reviewed the competing motions before the Court, it appears that Gregor does not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This notice of non-opposition shall have no impact on Gregor's membership in the proposed Class or her right to share in any recovery obtained for the benefit of Class members.

Dated:  December 16, 2024                    Respectfully submitted,

                                             POMERANTZ LLP

                                             */s/ J. Alexander Hood II*
                                             J. Alexander Hood II
                                             Jeremy A. Lieberman
                                             James M. LoPiano
                                             600 Third Avenue, 20th Floor
                                             New York, New York 10016
                                             Telephone: (212) 661-1100
                                             Facsimile: (917) 463-1044
                                             ahood@pomlaw.com
                                             jalieberman@pomlaw.com
                                             jlopiano@pomlaw.com

                                             *Counsel for Meghan Gregor*