**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAUL WILLIAMS-ISRAEL, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, and BELINDA NUCIFORA,<br><br>    Defendants. | Case No. 1:24-cv-07046-PK |

**NOTICE OF SANDRA MALETTA'S NON-OPPOSITION TO**
**COMPETING LEAD PLAINTIFF MOTIONS**

Sandra Maletta ("Maletta") respectfully submits this non-opposition to competing motions filed in the above captioned action for appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA") and approval of Lead Counsel, 15 U.S.C. § 78u-4(a)(3)(B)(v).  After reviewing the competing motions for Lead Plaintiff, it appears that Maletta does not possess the largest financial interest among the movants.

Maletta's non-opposition shall have no effect on, and is without prejudice to, her rights as a member of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.  However, should the Court determine that any of the other movants with larger financial interests are incapable and/or inadequate to serve as Lead Plaintiff, Maletta is ready, willing, and able to assume the role and take on all the responsibilities of Lead Plaintiff on behalf of the proposed class.

Dated:  December 20, 2024                    Respectfully submitted,

                                             **FARUQI & FARUQI, LLP**

                                             By:    _/s/ James M. Wilson, Jr._
                                                    James M. Wilson, Jr.

                                             James M. Wilson, Jr.
                                             **FARUQI & FARUQI, LLP**
                                             685 Third Avenue, 26th Floor
                                             New York, NY 10017
                                             Telephone: 212-983-9330
                                             Facsimile: 212-983-9331
                                             Email:  jwilson@faruqilaw.com

                                             _Attorneys for [Proposed] Lead Plaintiff Sandra_
                                             _Meletta and [Proposed] Lead Counsel for the_
                                             _putative Class_

1