UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL WILLIAMS-ISRAEL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, and BELINDA NUCIFORA<br><br>Defendants. | Case No. 1:24-cv-07046-PK |

**RICK BUNNEY'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>COUNSEL</u>**

Lead Plaintiff Movant Rick Bunney ("Bunney") submits this reply memorandum of law in further support of his motion for appointment as lead plaintiff and approval of lead counsel (Dkt. No. 14, the "Motion").

Bunney's Motion is not opposed. Four other investors originally filed motions requesting appointment as lead plaintiff and approval of counsel, but each one either withdrew their motions or filed notices informing the Court that they do not oppose Bunney's motion. *See* Dkt. Nos. 23, 24, 25, 26. The deadline for any other party to file an opposition to Bunney's Motion was December 20, 2024. The deadline passed and no opposition was filed.

Indeed, Bunney should be appointed as lead plaintiff because, as the other movants do not contest, he has the largest financial interest in the relief sought by the class, and is otherwise adequate to represent the class. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).

As such, Bunney respectfully requests that the Court enter the Proposed Order (Dkt. No. 14-1): (1) appointing Bunney as Lead Plaintiff; and (2) approving Bunney's selection of Glancy Prongay & Murray LLP and Holzer & Holzer, LLC as Co-Lead Counsel for the class.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: December 27, 2024 | **GLANCY PRONGAY & MURRAY LLP** |
|  | By:  */s/ Gregory B. Linkh*  <br>Gregory B. Linkh (GL-0477)<br>230 Park Ave., Suite 358<br>New York, NY 10169<br>Telephone: (212) 682-5340<br>Facsimile: (212) 884-0988<br>glinkh@glancylaw.com |
|  | Robert V. Prongay<br>Charles H. Linehan<br>1925 Century Bunney East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150 |

1

Facsimile: (310) 201-9160

**HOLZER & HOLZER, LLC**
Corey D. Holzer
211 Perimeter Center Parkway, Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Counsel for Rick Bunney and Proposed Co-Lead Counsel for the Class*

2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On December 27, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 27, 2024, at Brooklyn, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh